The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| AHP CAPITAL MANAGEMENT LLC, et al., | No. 2:25-cv-00171-KKE |
|---|---|
| Plaintiffs, | STIPULATED MOTION TO EXTEND DEADLINE TO SUBMIT JOINT STATUS REPORT AND ORDER |
| v. | |
| OAK HARBOR CAPITAL, LLC, et al., | |
| Defendants. | |

NOW COME all parties through their undersigned counsel, and for their Stipulated Motion to Extend the Date for Submission of their Joint Status Report until after Ruling on the pending motion to consolidate, state as follows:

This case was transferred to this Court from the United States District Court for the Eastern District of New York on January 8, 2025, and received by this Court on January 27, 2025. *See* Dkt. 38 and 39, respectively.

On February 4, 2025, this Court entered an Order Regarding Initial Disclosures and Joint Status Report, setting the FRCP 26(f) Conference Deadline for February 25, 2025, the Initial Disclosure Deadline for March 11, 2025, and the deadline for the parties' Joint Status Report for March 18, 2025. *See* Dkt. 46.

STIPULATED MOTION AND ORDER - 1
(No. 2:25-cv-00171-KKE)

The pending motion to consolidate may impact the scheduling of this case, and other issues in the parties' Joint Status Report. *See* Case No. 2:24-cv-00025-KKE (Dkts. 74, 76, 82) ("Pending Motion to Consolidate"). Additionally, the deadline for the parties' Joint Status Report in Case No. 2:25-cv-00007-KKE has been stayed until the Court rules on the Pending Motion to Consolidate and other pending motions to dismiss in that case.

Based on the foregoing, the parties agree that the date for submission of a Joint Status Report should be extended to after the Court rules on the Pending Motion to Consolidate, and request that the Court enter an order extending the date for submission of the parties' Joint Status Report to after ruling on the Pending Motion to Consolidate.

STIPULATED and AGREED TO this 28th day of March, 2025.

I certify that this memorandum contains 252 words, in compliance with the Local Civil Rules.

CORR CRONIN LLP

*s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954
Eric A. Lindberg, WSBA No. 43596
Rachel E. Hay, WSBA No. 60245
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600
jcoopersmith@corrcronin.com
elindberg@corrcronin.com
rhay@corrcronin.com

KMA ZUCKERT LLP

Brian J. Benoit (*pro hac vice* forthcoming)
227 West Monroe Street, Suite 3650
Chicago, Illinois 60606
Ph: (312) 345-3065
bbenoit@kmazuckert.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER - 2
(No. 2:25-cv-00171-KKE)

BYRNES KELLER CROMWELL LLP

*s/ Bradley S. Keller*
Bradley S. Keller, WSBA No. 10665
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Ph: (206) 622-2000
bkeller@byrneskeller.com

*Attorneys for Defendants*

## ORDER

The Court GRANTS the parties' stipulated motion. Dkt. No. 47. The Court shall reset the JSR deadline after the resolution of the motion to consolidate currently pending in Case No. 24-0025-KKE and Case No. 25-0007-KKE.

DATED this 31st day of March, 2025.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER - 3
(No. 2:25-cv-00171-KKE)