UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHP CAPITAL MANAGEMENT LLC, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> OAK HARBOR CAPITAL LLC, et al., <br><br> Defendant(s). | CASE NO. C25-0171-KKE <br><br> ORDER LIFTING STAY |

In light of uncertainty about whether this case would continue to be prosecuted after the withdrawal of Plaintiffs' former counsel, the Court vacated the early case deadlines and stayed the case. Dkt. Nos. 50, 52. Now that replacement counsel has appeared for Plaintiffs (Dkt. No. 54), the Court LIFTS the stay and directs the courtroom deputy to enter an order setting early case deadlines.

Dated this 20th day of October, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER LIFTING STAY - 1