Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHP CAPITAL MANAGEMENT, LLC et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OAK HARBOR CAPITAL LLC et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-00171-KKE<br><br>STIPULATION AND ORDER TO STAY PROCEEDINGS |

STIPULATION

The undersigned parties, by and through their respective counsel of record, respectfully request and hereby stipulate to the entry of the proposed order set forth below staying all deadlines in this matter until after completion of the bench trial in *Cymbidium Restoration Trust v. American Homeowner Preservation Trust Series AHP Servicing, et al*. No. 2:24-cv-00025-KKE (W.D. Wash.) (the "00025 Action"), currently scheduled to begin on January 20, 2026.

In support of this request, the parties state as follows:

1.　　Plaintiffs AHP Capital Management LLC, as administrator of American Homeowner Preservation Trust Series 2015A+ and American Homeowner

STIPULATION AND ORDER – Page 1

Preservation Trust Series AHP Servicing, and American Homeowner Preservation, LLC (collectively, the "Plaintiffs") and defendants Oak Harbor Capital, LLC, Atlantica, LLC, Magerick, LLC, and Land Home Financial Services, Inc. (collectively, "Defendants") are engaged in certain other pending lawsuits.

2. In this District, entities associated with the Plaintiffs and Defendants are parties to, in addition to the above-captioned action (the "00171 Action"), and the 00025 Action, a related matter captioned *AHP Capital Management LLC v. Oak Harbor Capital, LLC et al.*, No. 2:25-cv-00007-KKE (W.D. Wash.) (the "00007 Action").

3. In the 00007 Action, Defendants filed a motion to dismiss this week, which is currently noted for January 16, 2026. *See* Dkt. #127, 129 in the 00007 Action. In the 00025 Action, the Court has scheduled a bench trial to begin on January 20, 2026. *See* Dkt. #210 in the 00025 Action.

4. In this 00171 Action, the Court issued its Order Regarding Initial Disclosures, Chambers Procedures, Joint Status Report, and Early Settlement on October 21, 2025. Dkt. #57.

5. The parties agree that judicial economy and the efficient allocation of litigation resources would be best served by briefly staying this matter pending the completion of the January 20, 2026 bench trial.

6. The parties therefore jointly submit that good cause exists under Fed. R. Civ. P. 6(b), 16(b)4, and the Court's inherent authority to manage its docket.

7. Based on the foregoing, the parties request that all deadlines—including but not limited to the Rule 26 disclosures, the Joint Status Report, and any related obligations in this 00171 Action—be stayed until 45 days after completion of the bench trial in the 00025 Action, or until such other date as the Court may order.

ORDER

Having reviewed the parties' Stipulation and finding good cause, the Court hereby GRANTS the parties' stipulated motion (Dkt. No. 58) and ORDERS as follows:

1. All deadlines in this matter, including those set forth in the Court's October 21, 2025 Order (Dkt. No. 57), are STAYED.

2. The stay shall remain in effect until 45 days after completion of the bench trial in *Cymbidium Restoration Trust v. American Homeowner Preservation Trust Series AHP Servicing, et al.* No. 2:24-cv-00025-KKE (W.D. Wash.).

IT IS SO ORDERED.

Dated this 1st day of December, 2025.

Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER – Page 3